UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br><br>PATRICK ANTHONY REDDICK (1),<br><br>　　　　　　　　Defendant. | CASE NO.:  20-CR-3786-JLS<br><br>ORDER GRANTING MOTION FOR RELEASE OF RECORDS |

　　Upon motion of the Defendant and good cause appearing, **IT IS HERBY ORDERED** that the United States Probation Department for the Southern District of California produce to Roxana Sandoval, Federal Defenders of San Diego, Inc., copies of all records that United States Probation reviewed and relied on to draft pages 2-6 of the Criminal History Report.

　　**SO ORDERED.**

Dated:  February 24, 2021

　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge